**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by JAMES R. KLEIN, Administrator, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-cv-81 ) |
| VINCENT ISOLDI, ERIK WEAVER and NICHOLAS GEANOPOLDS, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION FOR DISMISSAL**

TO:   CLERK OF COURTS

It is hereby stipulated by the parties that the above-referenced case should be discontinued.

Dated:  June 22, 2018

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/John A. Bacharach
John A. Bacharach, Esquire
1113 Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219
(412) 391-8713
Attorney for Defendants

/s/ Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA I.D. #19814
Neil J. Gregorio, Esquire
PA I.D. #90859
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212; Fax (412) 594-5619
Attorneys for Plaintiff

AND NOW, this  25th
day of  June  , 20 18
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

LIT:642243-1 010342-176520